OPINIONS PER CURIAM, ETC., FROM DECEMBER 12, 1905, TO FEBRUARY 26, 1906.

No. 107. Behn, Meyer & Co., Appellants, v. Campbell & Go Tauco. Appeal from the Supreme Court of the Philippine Islands. Argued December 8, 1905. Decided December 18, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. Act July 1, 1902, 32 Stat. 691, c. 1369, § 10; *Deland v. Platte County,* 155 U. S. 221; *Comstock v. Eagleton,* 196 U. S. 99; *Oklahoma City v. McMaster,* 196 U. S. 529; *Walker v. Dreville,* 12 Wall. 440. *Mr. C. C. Carlin, Mr. Henry E. Davis* and *Mr. Louis C. Barley* for appellants. *Mr. Aldis B. Browne* and *Mr. Alexander Britton* for appellees.

No. 111. In the Matter of the Petition of J. W. Robinson and Marie Carrau for a Writ of Habeas Corpus. On a certificate from the United States Circuit Court of Appeals for the Ninth Circuit. Submitted December 11, 1905. Decided December 18, 1905. *Per Curiam.* Certificate dismissed. *United States v. Rider,* 163 U. S. 132; *Fire Insurance Association v. Wickham,* 128 U. S. 426; *Jewell v. Knight,* 123 U. S. 426; *United States v. Perrin,* 131 U. S. 55; *Cross v. Evans,* 167 U. S. 60. *Mr. Joseph W. Robinson* and *Mr. Milton W. Smith* for petitioners. *Mr. Samuel H. Piles, Mr. George Donworth, Mr. James B. Howe* and *Mr. F. D. McKenney* for respondent.